**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000022
13-JUL-2018
10:18 AM**

NO. CAAP-18-0000022

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

PNC BANK, N.A., Plaintiff-Appellee,
v.
HERMA B. MEDINA REYNA, Defendant-Appellant,
and
WILMINGTON TRUST NATIONAL ASSOCIATION, NOT IN ITS
INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE UNDER THE
GREENWICH INVESTORS XL PASS-THROUGH TRUST
AGREEMENT DATE AS OF MARCH 1, 2012; CAPSTONE
FUNDING GROUP, INC., Defendants-Appellees,
and
DOES 1 through 20, inclusive, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 15-1-0224(3))

ORDER DENYING THE JUNE 27, 2018 MOTION FOR RECONSIDERATION
OF THE JUNE 21, 2018 ORDER DISMISSING APPEAL
FOR LACK OF APPELLATE JURISDICTION
(By: Ginoza, Chief Judge, Fujise and Reifurth, JJ.)

Upon consideration of "[*Pro Se*] Defendant-Appellant,
Herma B. Medina Reyna's [(**Appellant's**)] *Ex Parte* Non-Hearing
Motion for Reconsideration of the Order Dismissing Appeal for
Lack of Jurisdiction Filed June 20 [sic],[1] 2018," the papers in
support, and the record, it appears that Appellant has failed to
raise any point of law or fact that this court has overlooked or
misapprehended. See Rule 40(b) of the Hawaiʻi Rules of Appellate

---

[1] The order was issued on June 21, 2018.

Procedure; <u>Mortgage Electronic Registration Systems, Inc. v. Wise</u>, 130 Hawai'i 11, 16, 304 P.3d 1192, 1197 (2013) (foreclosure cases are bifurcated into two separately appealable parts).

Therefore, IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, **July 13, 2018.**


Chief Judge

Associate Judge

Associate Judge